IN UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| RANDALL DUGAS and | § | |
| BRENDA DUGAS | § | |
| | § | |
| V. | § | CAUSE NO. 1:09-CV-00219 |
| | § | |
| LARRY LEON BURKS, et al. | § | JUDGE CRONE |

**ORDER**

CAME on to be considered, Plaintiff's Motion for Remand, and the Court having considered said Motion and the arguments and briefs of counsel it is of the opinion that the Motion is meritorious and should be granted. It is therefore,

ORDERED that Plaintiff's Motion for Remand be and hereby is GRANTED.