UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| RANDALL DUGAS and BRENDA DUGAS | CIVIL ACTION NO. 1:09-CV-00219 |
| VERSUS | JUDGE |
| LARRY LEON BURKS, et al. | MAGISTRATE JUDGE |

AFFIDAVIT

STATE OF LOUISIANA

PARISH OF LAFAYETTE

BEFORE ME, the undersigned notary public appeared J. Christian Lewis, who after being duly sworn did attest as follows based upon her personal knowledge:

1.

I, J. Christian Lewis, am a person over the age of eighteen.

2.

I am licensed in Louisiana and maintain a practice in Lafayette, Louisiana. .

3.

I have incurred attorney fees by performing 3.80 hours of work on March 11, 2009, in the above referenced matter. This work included researching the removal statute, performing Lexis search, reading McKay case, reviewing the defendants removal notice, drafting motion to remand and supporting memorandum, revisions to same, and forwarding to co-counsel.

_____
J. CHRISTIAN LEWIS

SWORN TO AND SUBSCRIBED BEFORE ME, Notary, this 12 day of March, 2009.

_____
NOTARY PUBLIC
Harry K. Burdette #22978

Exhibit "A"